FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 04/18/2019 | 05/01/2019 | 05/08/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 97.50 | 1,275.00 | 51.93 | 194.62 | 0.00 | 1,028.45 |
| YTD | 931.42 | 12,454.23 | 519.30 | 1,884.71 | 0.00 | 10,050.22 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 9.75 | 58.50 |
| Overtime | 04/18/2019-04/24/2019 | 7.5 | 18 | 135.00 | | |
| Overtime | 04/25/2019-05/01/2019 | 10 | 18 | 180.00 | 142.75 | 2,571.69 |
| PTO | | | | | 30 | 360.00 |
| Regular | 04/18/2019-04/24/2019 | 40 | 12 | 480.00 | | |
| Regular | 04/25/2019-05/01/2019 | 40 | 12 | 480.00 | 788.67 | 9,464.04 |
| Earnings | | | | 1,275.00 | | 12,454.23 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.83 | 739.97 |
| Medicare | 17.74 | 173.06 |
| Federal Withholding | 60.77 | 578.12 |
| State Tax - PA | 37.55 | 366.40 |
| SUI-Employee Paid - PA | 0.73 | 7.16 |
| PA LST - TREDY | 2.00 | 20.00 |
| Employee Taxes | 194.62 | 1,884.71 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 519.30 |
| Pre Tax Deductions | 51.93 | 519.30 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 1,688.70 |
| Employer Paid Benefits | 168.87 | 1,688.70 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,223.07 | 11,934.93 |
| Medicare - Taxable Wages | 1,223.07 | 11,934.93 |
| Federal Withholding - Taxable Wages | 1,223.07 | 11,934.93 |
| State Tax Taxable Wages - PA | 1,223.07 | 11,934.93 |
| City Tax Taxable Wages - TREDY | 1,223.07 | 11,934.93 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 5.38 | 0 | 64.22 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Citizens Bank | | | | 1,028.45 USD |

FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 05/02/2019 | 05/15/2019 | 05/22/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 92.25 | 1,270.50 | 51.93 | 193.68 | 0.00 | 1,024.89 |
| YTD | 1,023.67 | 13,724.73 | 571.23 | 2,078.39 | 0.00 | 11,075.11 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 9.75 | 58.50 |
| Overtime | 05/02/2019-05/08/2019 | 11.5 | 18 | 207.00 | | |
| Overtime | 05/09/2019-05/15/2019 | 0.75 | 18 | 13.50 | 155 | 2,792.19 |
| PTO | 05/02/2019-05/15/2019 | 7.5 | 12 | 90.00 | 37.5 | 450.00 |
| Regular | 05/02/2019-05/08/2019 | 40 | 12 | 480.00 | | |
| Regular | 05/09/2019-05/15/2019 | 40 | 12 | 480.00 | 868.67 | 10,424.04 |
| Earnings | | | | 1,270.50 | | 13,724.73 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.55 | 815.52 |
| Medicare | 17.67 | 190.73 |
| Federal Withholding | 60.32 | 638.44 |
| State Tax - PA | 37.41 | 403.81 |
| SUI-Employee Paid - PA | 0.73 | 7.89 |
| PA LST - TREDY | 2.00 | 22.00 |
| Employee Taxes | 193.68 | 2,078.39 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 571.23 |
| Pre Tax Deductions | 51.93 | 571.23 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 1,857.57 |
| Employer Paid Benefits | 168.87 | 1,857.57 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,218.57 | 13,153.50 |
| Medicare - Taxable Wages | 1,218.57 | 13,153.50 |
| Federal Withholding - Taxable Wages | 1,218.57 | 13,153.50 |
| State Tax Taxable Wages - PA | 1,218.57 | 13,153.50 |
| City Tax Taxable Wages - TREDY | 1,218.57 | 13,153.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 5.38 | 7.5 | 62.1 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens Bank | | | | 1,024.89 | USD |

FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 05/16/2019 | 05/29/2019 | 06/05/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 104.25 | 1,490.94 | 51.93 | 241.04 | 0.00 | 1,197.97 |
| YTD | 1,127.92 | 15,215.67 | 623.16 | 2,319.43 | 0.00 | 12,273.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | 05/23/2019-05/29/2019 | 8.25 | 6.18 | 50.99 | 18 | 109.49 |
| Overtime | 05/16/2019-05/22/2019 | 13 | 18.51 | 240.64 | | |
| Overtime | 05/23/2019-05/29/2019 | 11.25 | 19.04 | 214.20 | 179.25 | 3,247.03 |
| PTO | | | | | 37.5 | 450.00 |
| Regular | 05/16/2019-05/22/2019 | 10.25 | 12 | 123.00 | | |
| Regular | 05/16/2019-05/22/2019 | 29.75 | 12.36 | 367.71 | | |
| Regular | 05/23/2019-05/29/2019 | 40 | 12.36 | 494.40 | 948.67 | 11,409.15 |
| Earnings | | | | 1,490.94 | | 15,215.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 89.22 | 904.74 |
| Medicare | 20.86 | 211.59 |
| Federal Withholding | 83.91 | 722.35 |
| State Tax - PA | 44.18 | 447.99 |
| SUI-Employee Paid - PA | 0.87 | 8.76 |
| PA LST - TREDY | 2.00 | 24.00 |
| Employee Taxes | 241.04 | 2,319.43 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 623.16 |
| Pre Tax Deductions | 51.93 | 623.16 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 2,026.44 |
| Employer Paid Benefits | 168.87 | 2,026.44 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,439.01 | 14,592.51 |
| Medicare - Taxable Wages | 1,439.01 | 14,592.51 |
| Federal Withholding - Taxable Wages | 1,439.01 | 14,592.51 |
| State Tax Taxable Wages - PA | 1,439.01 | 14,592.51 |
| City Tax Taxable Wages - TREDY | 1,439.01 | 14,592.51 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 68.45 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens Bank | | | | 1,197.97 | USD |

FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 05/30/2019 | 06/12/2019 | 06/19/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 101.50 | 1,387.41 | 51.93 | 217.98 | 0.00 | 1,117.50 |
| YTD | 1,229.42 | 16,603.08 | 675.09 | 2,537.41 | 0.00 | 13,390.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 18 | 109.49 |
| Overtime | 05/30/2019-06/05/2019 | 13 | 18.54 | 241.02 | | |
| Overtime | 06/06/2019-06/12/2019 | 8.5 | 18.54 | 157.59 | 200.75 | 3,645.64 |
| PTO | | | | | 37.5 | 450.00 |
| Regular | 05/30/2019-06/05/2019 | 40 | 12.36 | 494.40 | | |
| Regular | 06/06/2019-06/12/2019 | 40 | 12.36 | 494.40 | 1,028.67 | 12,397.95 |
| Earnings | | | | 1,387.41 | | 16,603.08 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 82.80 | 987.54 |
| Medicare | 19.37 | 230.96 |
| Federal Withholding | 72.01 | 794.36 |
| State Tax - PA | 41.00 | 488.99 |
| SUI-Employee Paid - PA | 0.80 | 9.56 |
| PA LST - TREDY | 2.00 | 26.00 |
| Employee Taxes | 217.98 | 2,537.41 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 675.09 |
| Pre Tax Deductions | 51.93 | 675.09 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 2,195.31 |
| Employer Paid Benefits | 168.87 | 2,195.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,335.48 | 15,927.99 |
| Medicare - Taxable Wages | 1,335.48 | 15,927.99 |
| Federal Withholding - Taxable Wages | 1,335.48 | 15,927.99 |
| State Tax Taxable Wages - PA | 1,335.48 | 15,927.99 |
| City Tax Taxable Wages - TREDY | 1,335.48 | 15,927.99 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 74.8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens Bank | | | | 1,117.50 | USD |

FSQ, Inc  400 Centre St  Newton, MA 02458  +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 06/13/2019 | 06/26/2019 | 07/03/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 92.50 | 1,313.26 | 51.93 | 202.55 | 0.00 | 1,058.78 |
| YTD | 1,321.92 | 17,916.34 | 727.02 | 2,739.96 | 0.00 | 14,449.36 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 18 | 109.49 |
| Overtime | 06/13/2019-06/19/2019 | 0.25 | 18.54 | 4.64 | | |
| Overtime | 06/20/2019-06/26/2019 | 12.25 | 18.54 | 227.12 | 213.25 | 3,877.40 |
| PTO | 06/13/2019-06/26/2019 | 7.5 | 12.36 | 92.70 | 45 | 542.70 |
| Regular | 06/13/2019-06/19/2019 | 40 | 12.36 | 494.40 | | |
| Regular | 06/20/2019-06/26/2019 | 40 | 12.36 | 494.40 | 1,108.67 | 13,386.75 |
| Earnings | | | | 1,313.26 | | 17,916.34 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 78.20 | 1,065.74 |
| Medicare | 18.29 | 249.25 |
| Federal Withholding | 64.59 | 858.95 |
| State Tax - PA | 38.72 | 527.71 |
| SUI-Employee Paid - PA | 0.75 | 10.31 |
| PA LST - TREDY | 2.00 | 28.00 |
| Employee Taxes | 202.55 | 2,739.96 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 727.02 |
| Pre Tax Deductions | 51.93 | 727.02 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 2,364.18 |
| Employer Paid Benefits | 168.87 | 2,364.18 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,261.33 | 17,189.32 |
| Medicare - Taxable Wages | 1,261.33 | 17,189.32 |
| Federal Withholding - Taxable Wages | 1,261.33 | 17,189.32 |
| State Tax Taxable Wages - PA | 1,261.33 | 17,189.32 |
| City Tax Taxable Wages - TREDY | 1,261.33 | 17,189.32 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 7.5 | 73.65 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens Bank | | | | 1,058.78 | USD |

FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 06/27/2019 | 07/10/2019 | 07/17/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 95.99 | 1,324.44 | 51.93 | 204.89 | 0.00 | 1,067.62 |
| YTD | 1,417.91 | 19,240.78 | 778.95 | 2,944.85 | 0.00 | 15,516.98 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | 07/04/2019-07/10/2019 | 6 | 6.18 | 37.08 | 24 | 146.57 |
| Overtime | 06/27/2019-07/03/2019 | 10.91 | 18.54 | 202.28 | | |
| Overtime | 07/04/2019-07/10/2019 | 5.08 | 18.95 | 96.27 | 229.24 | 4,175.95 |
| PTO | | | | | 45 | 542.70 |
| Regular | 06/27/2019-07/03/2019 | 40 | 12.36 | 494.40 | | |
| Regular | 07/04/2019-07/10/2019 | 40 | 12.36 | 494.41 | 1,188.67 | 14,375.56 |
| Earnings | | | | 1,324.44 | | 19,240.78 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 78.89 | 1,144.63 |
| Medicare | 18.45 | 267.70 |
| Federal Withholding | 65.71 | 924.66 |
| State Tax - PA | 39.07 | 566.78 |
| SUI-Employee Paid - PA | 0.77 | 11.08 |
| PA LST - TREDY | 2.00 | 30.00 |
| Employee Taxes | 204.89 | 2,944.85 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 778.95 |
| Pre Tax Deductions | 51.93 | 778.95 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 2,533.05 |
| Employer Paid Benefits | 168.87 | 2,533.05 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,272.51 | 18,461.83 |
| Medicare - Taxable Wages | 1,272.51 | 18,461.83 |
| Federal Withholding - Taxable Wages | 1,272.51 | 18,461.83 |
| State Tax Taxable Wages - PA | 1,272.51 | 18,461.83 |
| City Tax Taxable Wages - TREDY | 1,272.51 | 18,461.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 80 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens Bank | | | | 1,067.62 | USD |

FSQ, inc  400 Centre St  Newton, MA 02458  +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 07/11/2019 | 07/24/2019 | 07/31/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 100.99 | 1,377.99 | 51.93 | 216.01 | 0.00 | 1,110.05 |
| YTD | 1,518.90 | 20,618.77 | 830.88 | 3,160.86 | 0.00 | 16,627.03 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 24 | 146.57 |
| Overtime | 07/11/2019-07/17/2019 | 10.16 | 18.54 | 188.38 | | |
| Overtime | 07/18/2019-07/24/2019 | 10.83 | 18.54 | 200.79 | 250.23 | 4,565.12 |
| PTO | | | | | 45 | 542.70 |
| Regular | 07/11/2019-07/17/2019 | 40 | 12.36 | 494.41 | | |
| Regular | 07/18/2019-07/24/2019 | 40 | 12.36 | 494.41 | 1,268.67 | 15,364.38 |
| Earnings | | | | 1,377.99 | | 20,618.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 82.22 | 1,226.85 |
| Medicare | 19.22 | 286.92 |
| Federal Withholding | 71.07 | 995.73 |
| State Tax - PA | 40.71 | 607.49 |
| SUI-Employee Paid - PA | 0.79 | 11.87 |
| PA LST - TREDY | 2.00 | 32.00 |
| Employee Taxes | 216.01 | 3,160.86 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 830.88 |
| Pre Tax Deductions | 51.93 | 830.88 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 2,701.92 |
| Employer Paid Benefits | 168.87 | 2,701.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,326.06 | 19,787.89 |
| Medicare - Taxable Wages | 1,326.06 | 19,787.89 |
| Federal Withholding - Taxable Wages | 1,326.06 | 19,787.89 |
| State Tax Taxable Wages - PA | 1,326.06 | 19,787.89 |
| City Tax Taxable Wages - TREDY | 1,326.06 | 19,787.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 86.35 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Citizens Bank | | | | 1,110.05 USD |

FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 07/25/2019 | 08/07/2019 | 08/14/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 98.59 | 1,333.43 | 51.93 | 206.76 | 0.00 | 1,074.74 |
| YTD | 1,617.49 | 21,952.20 | 882.81 | 3,367.62 | 0.00 | 17,701.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 24 | 146.57 |
| Overtime | 07/25/2019-07/31/2019 | 9.08 | 18.54 | 168.35 | | |
| Overtime | 08/01/2019-08/07/2019 | 9.5 | 18.54 | 176.13 | 268.81 | 4,909.60 |
| PTO | | | | | 45 | 542.70 |
| Regular | 07/25/2019-07/31/2019 | 40.01 | 12.36 | 494.55 | | |
| Regular | 08/01/2019-08/07/2019 | 40 | 12.36 | 494.40 | 1,348.68 | 16,353.33 |
| Earnings | | | | 1,333.43 | | 21,952.20 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 79.45 | 1,306.30 |
| Medicare | 18.59 | 305.51 |
| Federal Withholding | 66.61 | 1,062.34 |
| State Tax - PA | 39.34 | 646.83 |
| SUI-Employee Paid - PA | 0.77 | 12.64 |
| PA LST - TREDY | 2.00 | 34.00 |
| Employee Taxes | 206.76 | 3,367.62 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 882.81 |
| Pre Tax Deductions | 51.93 | 882.81 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 2,870.79 |
| Employer Paid Benefits | 168.87 | 2,870.79 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,281.50 | 21,069.39 |
| Medicare - Taxable Wages | 1,281.50 | 21,069.39 |
| Federal Withholding - Taxable Wages | 1,281.50 | 21,069.39 |
| State Tax Taxable Wages - PA | 1,281.50 | 21,069.39 |
| City Tax Taxable Wages - TREDY | 1,281.50 | 21,069.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 92.7 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Citizens Bank | | | | 1,074.74 USD |

FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387
Jeffrey Roberts Sr   134 Copley Rd.   Upper Darby, PA 19082

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 08/08/2019 | 08/21/2019 | 08/28/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 83.00 | 1,143.30 | 51.93 | 167.26 | 0.00 | 924.11 |
| YTD | 1,700.49 | 23,095.50 | 934.74 | 3,534.88 | 0.00 | 18,625.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 24 | 146.57 |
| Overtime | 08/15/2019-08/21/2019 | 4 | 18.54 | 74.16 | 272.81 | 4,983.76 |
| PTO | 08/08/2019-08/21/2019 | 7.5 | 12.36 | 92.70 | 52.5 | 635.40 |
| Regular | 08/08/2019-08/14/2019 | 39 | 12.36 | 482.04 | | |
| Regular | 08/15/2019-08/21/2019 | 40 | 12.36 | 494.40 | 1,427.68 | 17,329.77 |
| Earnings | | | | 1,143.30 | | 23,095.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 67.67 | 1,373.97 |
| Medicare | 15.82 | 321.33 |
| Federal Withholding | 47.60 | 1,109.94 |
| State Tax - PA | 33.51 | 680.34 |
| SUI-Employee Paid - PA | 0.66 | 13.30 |
| PA LST - TREDY | 2.00 | 36.00 |
| Employee Taxes | 167.26 | 3,534.88 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 934.74 |
| Pre Tax Deductions | 51.93 | 934.74 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 3,039.66 |
| Employer Paid Benefits | 168.87 | 3,039.66 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,091.37 | 22,160.76 |
| Medicare - Taxable Wages | 1,091.37 | 22,160.76 |
| Federal Withholding - Taxable Wages | 1,091.37 | 22,160.76 |
| State Tax Taxable Wages - PA | 1,091.37 | 22,160.76 |
| City Tax Taxable Wages - TREDY | 1,091.37 | 22,160.76 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 7.5 | 91.55 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Citizens Bank | | | | 924.11 USD |

FSQ, Inc  400 Centre St  Newton, MA 02458   +1 (617) 7968387
Jeffrey Roberts Sr  134 Copley Rd.  Upper Darby, PA 19082

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | | 290650 | 08/22/2019 | 09/04/2019 | 09/11/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 91.67 | 1,205.17 | 51.93 | 180.10 | 0.00 | 973.14 |
| YTD | 1,792.16 | 24,300.67 | 986.67 | 3,714.98 | 0.00 | 19,599.02 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 24 | 146.57 |
| Overtime | 08/22/2019-08/28/2019 | 10.42 | 18.54 | 193.19 | | |
| Overtime | 08/29/2019-09/04/2019 | 1.25 | 18.54 | 23.18 | 284.48 | 5,200.13 |
| PTO | | | | | 52.5 | 635.40 |
| Regular | 08/22/2019-08/28/2019 | 40 | 12.36 | 494.40 | | |
| Regular | 08/29/2019-09/04/2019 | 40 | 12.36 | 494.40 | 1,507.68 | 18,318.57 |
| Earnings | | | | 1,205.17 | | 24,300.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 71.50 | 1,445.47 |
| Medicare | 16.72 | 338.05 |
| Federal Withholding | 53.79 | 1,163.73 |
| State Tax - PA | 35.40 | 715.74 |
| SUI-Employee Paid - PA | 0.69 | 13.99 |
| PA LST - TREDY | 2.00 | 38.00 |
| Employee Taxes | 180.10 | 3,714.98 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 986.67 |
| Pre Tax Deductions | 51.93 | 986.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 3,208.53 |
| Employer Paid Benefits | 168.87 | 3,208.53 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,153.24 | 23,314.00 |
| Medicare - Taxable Wages | 1,153.24 | 23,314.00 |
| Federal Withholding - Taxable Wages | 1,153.24 | 23,314.00 |
| State Tax Taxable Wages - PA | 1,153.24 | 23,314.00 |
| City Tax Taxable Wages - TREDY | 1,153.24 | 23,314.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 97.9 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Citizens Bank | | | | 973.14  USD |

FSQ, Inc   400 Centre St   Newton, MA 02458   +1 (617) 7968387
Jeffrey Roberts Sr   134 Copley Rd.   Upper Darby, PA 19082

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 09/05/2019 | 09/18/2019 | 09/25/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 100.25 | 1,364.24 | 51.93 | 213.16 | 0.00 | 1,099.15 |
| YTD | 1,892.41 | 25,664.91 | 1,038.60 | 3,928.14 | 0.00 | 20,698.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 24 | 146.57 |
| Overtime | 09/05/2019-09/11/2019 | 9.5 | 18.54 | 176.13 | | |
| Overtime | 09/12/2019-09/18/2019 | 10.75 | 18.54 | 199.31 | 304.73 | 5,575.57 |
| PTO | | | | | 52.5 | 635.40 |
| Regular | 09/05/2019-09/11/2019 | 40 | 12.36 | 494.40 | | |
| Regular | 09/12/2019-09/18/2019 | 40 | 12.36 | 494.40 | 1,587.68 | 19,307.37 |
| Earnings | | | | 1,364.24 | | 25,664.91 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 81.36 | 1,526.83 |
| Medicare | 19.03 | 357.08 |
| Federal Withholding | 69.69 | 1,233.42 |
| State Tax - PA | 40.29 | 756.03 |
| SUI-Employee Paid - PA | 0.79 | 14.78 |
| PA LST - TREDY | 2.00 | 40.00 |
| Employee Taxes | 213.16 | 3,928.14 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 51.93 | 1,038.60 |
| Pre Tax Deductions | 51.93 | 1,038.60 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 3,377.40 |
| Employer Paid Benefits | 168.87 | 3,377.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,312.31 | 24,626.31 |
| Medicare - Taxable Wages | 1,312.31 | 24,626.31 |
| Federal Withholding - Taxable Wages | 1,312.31 | 24,626.31 |
| State Tax Taxable Wages - PA | 1,312.31 | 24,626.31 |
| City Tax Taxable Wages - TREDY | 1,312.31 | 24,626.31 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 104.25 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens Bank | | | | 1,099.15 | USD |

FSQ, Inc  400 Centre St  Newton, MA 02458  +1 (617) 7968387
Jeffrey Roberts Sr  134 Copley Rd.  Upper Darby, PA 19082

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 09/19/2019 | 10/02/2019 | 10/09/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 97.50 | 1,313.26 | 71.93 | 198.40 | 0.00 | 1,042.93 |
| YTD | 1,989.91 | 26,978.17 | 1,110.53 | 4,126.54 | 0.00 | 21,741.10 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 24 | 146.57 |
| Overtime | 09/19/2019-09/25/2019 | 8.75 | 18.54 | 162.23 | | |
| Overtime | 09/26/2019-10/02/2019 | 8.75 | 18.54 | 162.23 | 322.23 | 5,900.03 |
| PTO | | | | | 52.5 | 635.40 |
| Regular | 09/19/2019-09/25/2019 | 40 | 12.36 | 494.40 | | |
| Regular | 09/26/2019-10/02/2019 | 40 | 12.36 | 494.40 | 1,667.68 | 20,296.17 |
| Earnings | | | | 1,313.26 | | 26,978.17 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 76.96 | 1,603.79 |
| Medicare | 18.00 | 375.08 |
| Federal Withholding | 62.59 | 1,296.01 |
| State Tax - PA | 38.11 | 794.14 |
| SUI-Employee Paid - PA | 0.74 | 15.52 |
| PA LST - TREDY | 2.00 | 42.00 |
| Employee Taxes | 198.40 | 4,126.54 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Flexible Spending Account | 10.00 | 10.00 |
| Flex Spending Dependent Care | 10.00 | 10.00 |
| Medical | 51.93 | 1,090.53 |
| Pre Tax Deductions | 71.93 | 1,110.53 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 3,546.27 |
| Employer Paid Benefits | 168.87 | 3,546.27 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,241.33 | 25,867.64 |
| Medicare - Taxable Wages | 1,241.33 | 25,867.64 |
| Federal Withholding - Taxable Wages | 1,241.33 | 25,867.64 |
| State Tax Taxable Wages - PA | 1,241.33 | 25,867.64 |
| City Tax Taxable Wages - TREDY | 1,241.33 | 25,867.64 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 110.6 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount |
|---|---|---|---|---|
| Citizens Bank | | | | 1,042.93 USD |

FSQ, inc  400 Centre St  Newton, MA 02458  +1 (617) 7968387
Jeffrey Roberts Sr  134 Copley Rd.  Upper Darby, PA 19082

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jeffrey Roberts Sr | FSQ, Inc | 290650 | 10/03/2019 | 10/16/2019 | 10/23/2019 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 99.08 | 1,342.55 | 71.93 | 204.49 | 0.00 | 1,066.13 |
| YTD | 2,088.99 | 28,320.72 | 1,182.46 | 4,331.03 | 0.00 | 22,807.23 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday - Worked | | | | | 24 | 146.57 |
| Overtime | 10/03/2019-10/09/2019 | 8.58 | 18.54 | 159.08 | | |
| Overtime | 10/10/2019-10/16/2019 | 10.5 | 18.54 | 194.67 | 341.31 | 6,253.78 |
| PTO | | | | | 52.5 | 635.40 |
| Regular | 10/03/2019-10/09/2019 | 40 | 12.36 | 494.40 | | |
| Regular | 10/10/2019-10/16/2019 | 40 | 12.36 | 494.40 | 1,747.68 | 21,284.97 |
| Earnings | | | | 1,342.55 | | 28,320.72 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 78.78 | 1,682.57 |
| Medicare | 18.42 | 393.50 |
| Federal Withholding | 65.52 | 1,361.53 |
| State Tax - PA | 39.01 | 833.15 |
| SUI-Employee Paid - PA | 0.76 | 16.28 |
| PA LST - TREDY | 2.00 | 44.00 |
| Employee Taxes | 204.49 | 4,331.03 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Flexible Spending Account | 10.00 | 20.00 |
| Flex Spending Dependent Care | 10.00 | 20.00 |
| Medical | 51.93 | 1,142.46 |
| Pre Tax Deductions | 71.93 | 1,182.46 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Medical ER Cost | 168.87 | 3,715.14 |
| Employer Paid Benefits | 168.87 | 3,715.14 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,270.62 | 27,138.26 |
| Medicare - Taxable Wages | 1,270.62 | 27,138.26 |
| Federal Withholding - Taxable Wages | 1,270.62 | 27,138.26 |
| State Tax Taxable Wages - PA | 1,270.62 | 27,138.26 |
| City Tax Taxable Wages - TREDY | 1,270.62 | 27,138.26 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | |

### Absence Plan Balance

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 6.35 | 0 | 116.95 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| Citizens Bank | | | | 1,066.13 | USD |